IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02095-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 GMC ACADIA SUV, VIN 1GKEV33737J120918,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO STAY

This matter is before the Court on Claimant Giovanni Rocha's Unopposed Motion to Stay Proceedings (Doc. # 11). The Court having reviewed the motion and good cause being shown, it is hereby ORDERED that:

1. Pursuant to 18 U.S.C. § 981(g)(2), all further proceedings in this action are STAYED until such time as a resolution of the related Arapahoe County criminal matter, Case No. 13-CR-353;

2. **Within ten days** of the resolution of the above-referenced criminal matter in Arapahoe County, or **no later than December 30, 2013**, whichever comes first, the Claimant Rocha shall file a status report, indicating whether or not the stay in this matter should be lifted.

DATED: November __04__, 2013

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge