## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 13-cv-02095-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 GMC ACADIA SUV, VIN 1GKEV33737J120918

    Defendant.

## ORDER FOR INTERLOCUTORY SALE

    This matter is before the Court on the United States' Unopposed Motion for Order of Interlocutory Sale (Doc. # 19) for Defendant 2007 GMC Acadia SUV, VIN 1GKEV33737J120918 ("Defendant Acadia").   The Court having read said motion and being fully advised in the premises, FINDS:

    THAT the United States has commenced this action pursuant to Title 21, United States Code, Section 881;

    THAT under 19 U.S.C. § 1612 and Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions E(9), the Court may order the interlocutory sale of properties subject to forfeiture if certain conditions are present;

    THAT defendant Acadia is in storage, and therefore liable to depreciation and high storage costs during the pendency of this case; and

THAT the United States and counsel for claimants Giovanni Rocha and The Ultimate Machines Incorporated have agreed to an interlocutory sale of Defendant Acadia.

NOW THEREFORE, IT IS ORDERED DECREED AND ADJUGED:

THAT the United States shall sell defendant 2007 GMC Acadia SUV, VIN 1GKEV33737J120918 through the United States Marshals Service, or its designated agents; and

THAT the net proceeds from the sale (defined as the proceeds from the sale, less reasonable and customary sales costs and storage fees incurred until the date of sale) shall be held by the United States Marshals Service as substitute *res* pending final adjudication of this case.

SO ORDERED this ___15th___ day of November, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge