# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No.  13-cv-02095-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 GMC ACADIA SUV, VIN 1GKEV33737J120918,

    Defendant.
_____

## DEFAULT AND FINAL ORDER OF FORFEITURE
## AS TO CLAIMANT GIOVANNI ROCHA
_____

This matter is before the Court on the United States' Motion for Default and Final Order of Forfeiture as to Giovanni Rocha (Doc. # 25).  The Court having reviewed said Motion, FINDS as follows:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT although Claimant Giovanni Rocha filed a Claim to the Defendant Property, he did not file an Answer to the Verified Complaint, as required by Supplemental Rule G(5);

THAT Entry of Default as to Giovanni Rocha was entered by the Clerk of the Court on October 31, 2013.  (Doc. 16).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant 2007 GMC Acadia SUV, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of Defendant 2007 GMC Acadia SUV against Claimant Giovanni Rocha is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881; and

THAT this Default and Final Order of Forfeiture as to Claimant Giovanni Rocha shall serve as a Certificate of Reasonable Cause as to Defendant 2007 GMC Acadia SUV under 28 U.S.C. § 2465;

SO ORDERED this __18__ day of April, 2014.

BY THE COURT:

*[signature: Christine M Arguello]*

_____
CHRISTINE M. ARGUELLO
U.S. District Court Senior Judge