IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02095-CMA-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2007 GMC ACADIA SUV, VIN 1GKEV33737J120918,

       Defendant.

_____

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Christine M. Arguello, the following JUDGMENT is hereby entered:

1.  That forfeiture of the following property, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881: the net proceeds from the sale of defendant 2007 GMC Acadia SUV, VIN 1GKEV33737J120918.

2.  That the United States shall have full and legal title as to the above described property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Expedited Settlement Agreement;

3.  That the Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

4.  Per the parties' settlement agreement, the parties have waived their

entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this  22nd  day of ____April_____, 2014.

>JEFFREY P. COLWELL
>Clerk of the U.S. District Court
>
>By: ___s/A. Thomas_____
>Deputy Clerk

2